IN THE SUPREME COURT OF THE STATE OF NEVADA

CARLOS ALFREDO GURRY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81908

FILED

NOV 13 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus or prohibition seeking an order of immediate release and challenging the effective assistance of counsel. We decline to intervene in this matter at this time. Petitioner is represented by counsel in the criminal proceedings and should proceed by and through his counsel. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____, J.
Parraguirre

_____, J.
Hardesty

cc:  Hon. Michael Villani, Dist. Judge
Carlos Alfredo Gurry
Christopher R. Oram, Esq.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

20-41492